UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 24-2549

---

HECTOR HUERTAS,
Appellant

v.

GINA CLARK, Superintendent;
MADELINE QUINN, Superintendent Assistant

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:23-cv-01685)
District Judge: Honorable John M. Gallagher

---

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 25, 2025
Before: KRAUSE, PHIPPS, and ROTH, Circuit Judges

---

**JUDGMENT**

---

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 25, 2025. On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 19, 2024, be and the same is hereby affirmed as modified. Costs taxed against the appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 9, 2025

**Certified as a true copy and issued in lieu of a formal mandate on** September 1, 2026

**Teste:** Patricia S. Dodszuweit
**Clerk, U.S. Court of Appeals for the Third Circuit**